IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket # **23-4606** |
| | ) | |
| V. | ) | CONSENT MOTION TO EXTEND TIME TO FILE BRIEF |
| | ) | |
| JOHN WIGGINS | ) | |
| | ) | |

**COMES NOW** the Appellant, John Wiggins, by and through his attorney, Mirriam Z. Seddiq, and states the following:

1. The opening brief is due January 29, 2024.

2. One extension has been granted.

3. Counsel needs additional time to prepare the brief in this case.

4. AUSA Kelly Hayes consents to this motion.

5. Counsel requests an extension of 21 days until February 19, 2024.

**WHEREFORE**, the Appellant prays that this Honorable Court grants him an extension of 21 days and reset the new due date for the brief and appendix for February 19, 2024.

> Respectfully submitted,
>
> ___/s/_____
> Mirriam Seddiq
> PO BOX 1127
> Rockville, MD 20850
> 301-513-7832  F:443-588-0400
> Mirriam.seddiq@seddiqlaw.com

1